NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL FIRST GROUP, LP, <br><br> Plaintiff, <br><br> v. <br><br> MARJORIE A. MILLER, <br><br> Defendant. | Civil Action No.: 14-5308 <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Plaintiff Mutual First Group's failure to comply with court orders and prosecute its case. Plaintiff instituted this action on August 25, 2014 against Defendant Marjorie A. Miller. (ECF No. 1.) On August 25, 2015, Magistrate Judge Clark *sua sponte* issued a Report and Recommendation that Plaintiff's complaint be dismissed without prejudice pursuant to FED. R. CIV. P. 37(b)(2), 41(b). (ECF No. 22.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

IT IS on this __23__ day of __September__, 2015

**ORDERED** that this Court adopts Judge Clark's August 25, 2015 Report and Recommendation that Defendant's motion be granted.

**IT IS SO ORDERED.**

                                                                                                          _____
                                                                                                          **HON. CLAIRE C. CECCHI**
                                                                                                          **United States District Judge**